

**Lloyd Lamer SHACKELFORD, Appellant,**

v.

**Delrose Marie SHACKELFORD, Appellee.**

Court of Appeals of Kentucky.

Feb. 15, 1974.

Peter F. Beasley, Cobb, Combs, Beasley & Oldfield, Covington, for appellant.

Lawrence Riedinger, Jr., Newport, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

**James R. YOCOM, Commissioner of Labor, etc., Appellant,**

v.

**MOSS PRINTING COMPANY et al., Appellees.**

Court of Appeals of Kentucky.

Feb. 15, 1974.

Thomas L. Ferreri, Atty. for Special Fund, Department of Labor, Frankfort, for appellant.

John Collis, W. T. Adkins, Lexington, J. Keller Whitaker, Director Workmen's Compensation Board, Frankfort, for appellees.

Memorandum Opinion of the Court by Justice JONES, Reversing.*

**Leroy TURNBILL, Jr., Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 15, 1974.

Alexander T. Taft, Jr., Staff-Atty., Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Thomas R. Emerson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice PALMORE, Affirming.*

**Cline BROWN, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 15, 1974.

Cline Brown, pro se.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

* Opinion ordered not to be published.